UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/07/2020__

BOARD OF TRUSTEES OF THE DISTRICT COUNCIL
1707 LOCAL 389 HOME CARE EMPLOYEES AND
PROFESSIONAL STAFF PENSION FUND et al.,

                  Plaintiffs,

     -v-

HOME ATTENDANT VENDOR AGENCY, INC.,

                 Defendant.

--------------------------------------------------------------------X

19-CV-8680 (JPC)

NOTICE OF
REASSIGNMENT

JOHN P. CRONAN, United States District Judge:

       This case has been reassigned to the undersigned.  This action remains stayed in its entirety

pending further order of this Court.  The parties are hereby ordered to continue filing a joint status

update every ninety days until the stay of this matter is lifted, with the next status letter due

December 21, 2020.  **All counsel must familiarize themselves with the Court's Individual**

**Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

       In accordance with the Court's Individual Rules and Practices, requests for extensions or

adjournment may be made only by letter-motion filed on ECF and must be received at least 48

hours before the deadline or scheduled appearance, absent compelling circumstances.  The written

submission must state (1) the original date(s) set for the appearance or deadline(s) and the new

date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for

adjournment or extension; (4) whether these previous requests were granted or denied; and (5)

whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing

to consent.

SO ORDERED.

Dated: October 7, 2020
     New York, New York

JOHN P. CRONAN
United States District Judge