

**Michael S. Adler, Partner**
Tel:    212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

September 13, 2022

<u>Via Electronic Case Filing</u>

Honorable John P. Cronan, U.S.D.J.
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Board of Trustees of the District Council 1707 Local 389*
                *Home Care Employees and Professional Staff Pension Fund,*
                <u>*et al. v. Home Attendant Vendor Agency, Inc.,*</u> <u>1:19-cv-08680-JPC</u>

Dear Judge Cronan:

      We represent the Plaintiffs in the above-referenced action.

      Pursuant to the Court's Order, we write to advise as to the status of the related bankruptcy action.

      We write to advise that the bankruptcy appears at its conclusion, with creditors, including Plaintiffs, to receive distributions.  Accordingly, we ask that the Court dismiss the action, with leave to reopen in the extreme unlikely event that the something changes in the bankruptcy.

                            Respectfully Submitted,

                            *Michael S. Adler*

                            Michael S. Adler

cc:    Jeffrey Naness, Esq. (via ECF)

> The request is granted.  This case is dismissed, and Plaintiffs are granted leave to reopen in the event that a change in the related bankruptcy action so warrants.  The Clerk of Court is respectfully directed to close the case.
>
> SO ORDERED
> Date: October 7, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

9850472.1